THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROSE, Appellant. [673 NYS2d 940] —Appeal by the defendant from a judgment of the Supreme County, Queens County (Corrado, J.), rendered June 6, 1995, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There was no violation of *Batson v Kentucky* (476 US 79) in this case (*see, People v Durant,* 250 AD2d 698).

Moreover, contrary to the defendant's claim, the sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]) or without merit. Rosenblatt, J. P., Miller, Ritter and Goldstein, JJ., concur.